IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-11259
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROSS BENAMI-VERA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(4:00-CR-216-1-A)
--------------------
December 6, 2000

Before HIGGINBOTHAM, WIENER, AND BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Defendant-Appellant Ross Benami-Vera appeals the district court's denial of his motion to revoke an order of pretrial detention.  The decision to deny Benami-Vera pretrial release rests on the conclusion that no condition of release or combination of conditions will reasonably assure Benami-Vera's appearance at trial.  See 18 U.S.C. § 3142(e); United States v. Fortna, 769 F.2d 243, 250 (5th Cir. 1985).  That conclusion is supported by the record.  See United States v. Hare, 873 F.2d 796, 798 (5th Cir. 1989).  The pretrial detention order is AFFIRMED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.